IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Leverette, George Autry | Case Number: 04 B 26388 |
|---|---|---|
| | Leverette, Shirley | Judge: Squires, John H |
| | Printed: 02/24/09 | Filed: 7/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 29, 2009
Confirmed:  September 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 67,813.00 |  |
| Secured: |  | 58,239.06 |
| Unsecured: |  | 2,048.01 |
| Priority: |  | 1,076.07 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,744.69 |
| Other Funds: |  | 5.17 |
| Totals: | 67,813.00 | 67,813.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | South Central Bank | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Secured | 1,590.13 | 1,590.13 |
| 7. | Internal Revenue Service | Secured | 43,767.47 | 43,767.47 |
| 8. | General Motors Acceptance Corp | Secured | 12,881.46 | 12,881.46 |
| 9. | Internal Revenue Service | Priority | 1,076.07 | 1,076.07 |
| 10. | Capital One | Unsecured | 62.28 | 62.28 |
| 11. | Internal Revenue Service | Unsecured | 2.73 | 2.73 |
| 12. | General Motors Acceptance Corp | Unsecured | 594.40 | 594.40 |
| 13. | Resurgent Capital Services | Unsecured | 160.97 | 160.97 |
| 14. | ECast Settlement Corp | Unsecured | 81.58 | 81.58 |
| 15. | Retailers National Bank | Unsecured | 377.91 | 377.91 |
| 16. | ECast Settlement Corp | Unsecured | 569.99 | 569.99 |
| 17. | Capital One | Unsecured | 198.15 | 198.15 |
| 18. | Sam's Club | Unsecured |  | No Claim Filed |
| 19. | JK Harris & Co | Unsecured |  | No Claim Filed |
| | | | $ 64,063.14 | $ 64,063.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Leverette, George Autry<br>Leverette, Shirley<br>Printed: 02/24/09 | Case Number: 04 B 26388<br>Judge: Squires, John H<br>Filed: 7/15/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 591.49 |
| 4% | 156.00 |
| 3% | 77.99 |
| 5.5% | 643.52 |
| 5% | 195.00 |
| 4.8% | 374.40 |
| 5.4% | 1,349.56 |
| 6.6% | 356.73 |
| | $ 3,744.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

